**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| USA, <br><br> Plaintiff(s), <br><br> v. <br><br> Richard Brendan Globensky, <br><br> Defendant(s). | Case No. 24 CR 190-1 <br> Judge Sharon Johnson Coleman |

## ORDER

Initial Appearance held. Arraignment held. Attorney Thomas Church appears as retained counsel for defendant. Defendant waives formal reading of the information. Defendant is released on a $10,000 unsecured bond after processing with the U.S. Marshal Service. Defendant is to surrender his passport and conceal and carry license to Pretrial Services. Enter Order Setting Conditions of Release. Change of plea hearing held. Defendant enters plea of guilty to count 1 (one) of the information. Defendant found competent to enter a plea and informed of his rights. Judgment of guilty entered. Cause referred to the Probation Office for a presentence investigation. Sentencing set to 10/29/2024 at 1:30 p.m. as an in-person hearing. Sentencing memorandum and/or objections to the presentence investigation to be filed by 10/15/2024. Any responses to be filed by 10/22/2024. Enter Plea Agreement. Probation shall disclose the confidential sentencing recommendations to each side. Defendant admonished to comply to the conditions of pretrial release.

Date: 5/15/2024

_____
Sharon Johnson Coleman
United States District Judge