# EXHIBIT 1

Dear Judge Sharon Coleman Johnson,

I am writing this letter on behalf of my husband, Richard Globensky, to provide insight into his character and the positive impact he has had on my life, our family, and those around him. While I understand the gravity of this situation, I want to emphasize the kind of man he truly is—one who has dedicated his life to protecting, providing for, and uplifting those he loves.



Beyond being my protector, Richard is a devoted father who always puts his children first. He has gone above and beyond to build and maintain meaningful relationships with his children, including finding and reconnecting with his adopted son, ▮. When we met ▮ in person in 2016, Richard had said that if he had any questions regarding the adoption, that he would love to answer them. And I believe that initial open and honest communication is the sole reason that ▮ chose to be part of our lives. We saw ▮ frequently until ▮ decided to move in with us in 2018 so that he could bond with his brother and sisters. Over the 2 years that ▮ lived with us, Richard supported and guided him to help him figure out his path in life. ▮, ▮'s adoptive father, had mentioned that he felt like there was always some kind of "void" in ▮'s life from not knowing his birth father. Richard used this time to spend as much quality time with ▮ to let him know that, while they didn't have a relationship during his youth, that it was never because there was a lack of yearning for that connection or a lack of love. It was a remarkable time, that I believe, changed ▮ life. He moved back to California with a great head on his shoulders, working, and now he has a family of his own. Our first grandson, was born in July 2024, whom we have not had the opportunity to meet yet. We have watched ▮ embody the same characteristics as Richard in regards to what kind of father he is. Family means everything to Richard. He has worked tirelessly to be a role model for his children, showing them what it means to be a strong, responsible, caring man.

Richard is also one of the hardest working people I have ever known. Whether it's providing for our family, helping a friend who has no money for lunch, helping our siblings move from home to home, helping his parents renovate their home, helping my now single mother with her long list of "to-do" items, taking care of his elderly grandparents, he always gives it his all. He is the first one to work and the last to leave. He takes initiative to dive into making processes more efficient and making sure employees feel valued and supported at work. He is the kind of person who will lend a helping hand without being asked, who will put in long hours to make sure his loved ones are taken care of, and who refuses who let hardships define him. His grit and determination to be better —not just for himself, but for all of us, are qualities that make him exceptional.

Richard, my husband and children's father, is not a threat to society, he is quite the opposite. He is a protector, a provider, and a man who wants nothing more than to continue being there for his family. His misled guidance from his superiors put him in a position to make some really terrible mistakes. Incarceration would not only take him away from the people who depend on him emotionally, physically, and financially, but it would also hinder his ability to continue his path of self improvement. He has learned from his mistakes, and I know in my heart that he will use this experience as motivation to become an even better husband, father, and member of our community.

Thank you for taking the time to consider my words. I hope that you see the man that I, and so many others, know him to be.

Sincerely,

