# EXHIBIT 2

March 2, 2025

Honorable Judge Sharon Johnson Coleman,

I am Brendan's mother-in-law and ▮▮▮▮'s mother and I have had the pleasure of knowing Brendan Globensky before he married ▮▮▮▮ and they have been married now for 16 years. Over the past few years, I have had a front row seat to the devastation the Globensky family has faced. The entire family has dealt with the aftermath of the crime. This family had been truly humbled by everything that has happened because of it. ▮▮▮▮ and Brendan have lost everything that they worked so hard for in the early years. The devastation of the situation has been far-reaching to other family members as well, financially, emotionally, and physically.

▮▮▮▮ Brendan, the children, and animals moved in with me and I watched the person that Brendan evolved into. Putting on a brave face for his children every day, not knowing what the future would hold. Having to remove their children from public school and homeschool them due to all the media attention, negativity, and bullying surrounding their children. The friends and family that turned their back on them was devastating. Brendan truly is a good person that has struggled to find his way back through all of this and I feel he has been a role model for how a person has to move forward and accept whatever the consequences are for his actions.

That being said, he has rebuilt his life, found a good job with a reputable company that believed in him when he was at his lowest, thinking he would never find a decent job due to his felony. The odds are stacked against you when you have a felony conviction and no one wants to hire you; however, his personality and ability to lead and his good heart made this company want to take a chance on him knowing he had a future sentencing date. I would hate to think he would have to lose all of this and start again from scratch. He has suffered and he has lost, further setting an example for his children to never give up.

The extreme remorse that Brendan feels, he has acknowledged to all of his family, friends, and relatives. Brendan and ▮▮▮▮ have persevered and come together as a family to work through everything. Brendan is trying to rebuild an honorable and honest life for his family. I feel that you are not defined by your many flaws and mistakes but how you work through them and show your family a way to move forward. Brendan has done the work to rebuild his life.

To put him in prison for any amount of time would not benefit anyone and cause further devastation to his wife and children as they have endured enough.

Best Regards,

▮▮▮▮▮▮▮▮▮▮