# EXHIBIT 4

March 2, 2025

Honorable Judge Sharon Johnson Coleman,

My name is ███████ a very close friend of Brendan's mother-in-law. I have known Brendan for nearly twenty years, since he was a young man dating his now wife, ███████ Over the years I witnessed Brendan as a devoted husband, loving father and a reliable provider who has always worked hard to support his family.

Brendan has always been a genuinely compassionate person. Over the years, no matter what the occasion, Brendan always expressed and displayed a genuine interest in the well-being of me and my family. I have always known him to show kindness and support to those around him and his positive influence has been felt by many. When my son was leaving for the Navy in 2017, I was overwhelmed with hurricane evacuation guests, and Brendan and ███████ opened their home for my entire extended family and friends and hosted a going away party for my son. I was so grateful and thankful for the outpouring of kindness during a very emotional time for me.

Over the past year, I have witnessed Brendan take full responsibility for his actions and he has outwardly expressed his remorse for what he has done. He has approached the situation with honesty and a level of integrity that is testament of his character. We live in a small, tight-knit community, and I bore witness to the public persecution that Brendan, his wife, and children have had to endure. Through it all, Brendan has been humbled and has fought to right his wrong and to rebuild everything for his family.

Brendan has acquired a good job with a very reputable company. The company is aware of his legal issues but hired him anyway. I can only assume that the hiring managers also saw what I already know, is that Brendan is a good man, with integrity, who made a mistake.

Brendan has been on a journey of redemption, to which I am extremely proud to have had a front row seat. Everyone makes mistakes in life, some bigger than others, but those moments shouldn't define who we are. It's how we move forward, learn from our mistakes, and strive to improve that should reflect our character. Imprisoning Brendan would be devastating to both him and his family. He is paying for what he has done every day and fighting to make amends and to support his family.

Sincerely,