# EXHIBIT 5

March 1, 2025

Dear Honorable Judge,

My name is ██████████ I am writing this letter in support of Brendan Globensky, who is currently before your Court. I have known Brendan for several years, and I am honored to provide this character reference on his behalf.

Our 15-year old daughters were born on the same day, in the same hospital, and just a few hours apart. However, our families didn't meet until the girls started school and ended up in the same kindergarten class.

Since then, I have spent a great deal of time with Brendan. I have always found him to be a kind and gracious person. He is thoughtful, generous, genuine, and supportive of his friends. I participated in a gallery opening as one of t██████ists in 2018. Brendan had dental surgery earlier in the day, yet both he and his wife, ██████, made sure they were present at my event. He was a good sport, even after crunching down on that temporary crown, mid-party! Even writing this makes me giggle at the memory.

I am aware of the seriousness of the charges against Brendan, and I do not wish to downplay the gravity of the situation. However, I firmly believe that this incident is not reflective of Brendan's true character. I'm confident he has learned a valuable lesson from this experience, and I know he will carry this lesson with him.

In conclusion, I respectfully request that you take this letter into consideration when determining Brendan's sentence. I believe that he is a person of integrity who made a mistake and deserves a chance to demonstrate his commitment to making amends.
Thank you for your time and consideration.

Sincerely,

██████████