# EXHIBIT 6



February 26, 2025

Re: Character Reference for Brendan Globensky

Honorable Sharon Johnson Coleman,

We are writing to provide a character reference for Brendan Globensky, whom we have had the pleasure of knowing for over nine years. We first met Brendan when our sons were in Pre-K together, and over the years, our friendship has grown through shared experiences as neighbors and parents.

Brendan is an exceptional father who is deeply devoted to his 4 children. His kindness, patience, and unwavering support for his family are qualities we have witnessed firsthand. Whether coaching his son in baseball, attending school events, or simply being present for them in every possible way, Brendan exemplifies what it means to be a loving and dedicated parent.

Beyond his role as a father, Brendan has been a selfless and steadfast friend. He is the type of person who is always willing to lend a hand, offer guidance, or simply be there when someone needs support. His generosity extends beyond his immediate circle, as demonstrated by his willingness to serve as HOA president, a volunteer role that often goes unappreciated but is vital to the community's well-being. Brendan took on that responsibility with dedication, ensuring that our neighborhood remained a great place to live.

Throughout the years, we have known Brendan to be a man of principle, kindness, and dependability. His character is defined by his willingness to help others and his commitment to his family and friends. We truly believe that anyone who has had the privilege of knowing Brendan would attest to the same.

We are aware of the charges Brendan is facing and fully acknowledge the seriousness of the situation. However, we are confident that he deeply regrets his involvement in this matter and is dedicated to learning from this experience. Brendan is a man of integrity, and we have no doubt that he will use this as an opportunity for personal growth. His strong moral character and devotion to his family, friends, and community reinforce our belief that he is committed to making amends and moving forward in a positive direction.

We respectfully ask that you take this letter into consideration as you evaluate Brendan's character. Please do not hesitate to contact us if you require any additional information.

Sincerely,

