# EXHIBIT 7



February 25, 2025

Honorable Judge Sharon Johnson Coleman,

I am writing this letter in support of my brother-in-law, ███████████, whom I have known for over 19 years. He has been married to my sister, █████, for 16 years. I have had the opportunity to watch him grow and develop into the remarkable person he is today. I believe his character, outside of this isolated mistake, speaks volumes about his integrity, kindness and commitment to those he cares about.

Brendan is someone who has always been there for his family, offering unwavering support and showing great compassion. He is dependable and consistently goes above and beyond to help others, whether it is lending a hand with tasks, offering emotional support during difficult times, or simply being a listening ear. His sense of responsibility to those around him is something I admire deeply.

What stands out most about Brendan is his strong moral compass. He approaches life with honesty and integrity, treating everyone with fairness. His actions align with his values, outside of the isolated mistake in which he is being sentenced, and he strives to make positive choices that benefit not only himself but also people in his life.

Brendan is also a hardworking and determined individual. Whether in his professional life or personal pursuits, he consistently demonstrates diligence and perseverance. He has a positive attitude that is contagious and motivates others to do their best as well. Brendan's humility, combined with his strong work ethic, makes him a pleasure to be around and an asset to our family.

In conclusion, I have nothing but positive things to say about Brendan. He is kind, compassionate, and a responsible person who I am proud to call my family.

Thank you for your time and consideration.

Sincerely

████████████