# EXHIBIT 8

February 24, 2025

Dear Judge Johnson Coleman,

  This letter is to serve as a character testament to my brother-in-law, Richard (*Brendan*) Globensky, whom I have known since August 2014. Brendan is a loving and dedicated husband, father, son, brother and friend. His character can best be described as warm, dependable, honest, and trustworthy. Over the ten and a half years, I have grown to know and trust Brendan as he has always been a constant figure in our family's lives. Brendan is someone that I could pick up the phone and call to ask anything, knowing that he would quickly drop what he is doing to assist- it's truly his nature. Not only can I depend on Brendan, but trust him deeply, as he is candidly one of the most kind-hearted people I have ever met. I can honestly say, that many of the letters that you will read will paint the same picture of the man who will stand before you in just a few short weeks. Brendan is the type of person you would be honored to call a friend; I feel confident in saying that many others would describe him similarly, when asked. He truly is a genuine person.

  I'd like to recount a specific instance where Brendan not only instinctively flew into action, but remained calm, and intentionally directed during a situation that could have been drastically different, had he not responded immediately. It was Mother's Day 2018, I had recently been discharged from the hospital following emergency surgery and the unexpected premature birth of my newborn daughter, who had also recently been discharged from the Neonatal Intensive Care Unit. I can vividly remember this day being the first time my husband and I had left the house together as a family of four since our daughter's birth in March of 2018. Following lunch for Mother's Day, my in-laws kindly offered to keep my son for the afternoon so I could rest with the baby, and I could come by afterwards to pick up my toddler.

  As a new mom of two, the thought of an afternoon without one of my small children seemed unimaginable, as I had never left my toddler with anyone before, besides my parents while I was working, but I also desperately needed rest following multiple hospital admissions for myself and my newborn from March until May. The offer of keeping my then two year old son honestly sounded like a short break that I could benefit from, so I agreed to leave my son

February 24, 2025

with my brother and sister in law for the afternoon. He would be able to play with his three cousins, and I could go home for a couple of hours and take a much needed nap with my two month old daughter.

About an hour after I had left my son, I received a phone call I would never forget from Brendan. He told me that I needed to come to their house immediately, that ▮▮▮ had followed my niece out a back door and fallen into an unoccupied swimming pool while reaching for an object that had rolled into the water. My niece thankfully witnessed the event and ran inside to tell Brendan that he had fallen into the pool and was quickly sinking. Brendan immediately flew into action, jumped into the pool and rescued my young son. He told me that he was okay, and I could hear my son's tiny voice calling for me in the background.

Brendan saved my son's life that afternoon, and for that, I am eternally grateful. I am not sure if you are a parent yourself, but receiving a call like that stops you right where you are and it's as if time stands still as you try to process how to respond. My heart sank into my stomach, and my mind was flooded with an immense amount of guilt. How could I have left my son? How could I have prioritized time for myself? The only thing I could think about was getting to my toddler as quickly as I could, despite knowing that he was okay, and seeing so for myself. He was breathing, he was calling for me, my heart raced until the moment I could scoop him up into my own arms and thank the Lord that he was all right.

I am still thankful that the voice on the other end of the phone line was my brother-in-law that afternoon. Brendan remained calm and collected as I frantically kept asking if my son was alright. In a situation where I had absolutely no control, he continued to re-assure me that my son was okay as I quickly rushed over to their home that afternoon. Brendan never hung up the phone until I arrived, I think he instinctively knew I just needed someone to remain with me until I could see for myself that my sweet little boy was all right. In my opinion, this very scenario epitomizes Brendan's benevolent character. I can't imagine how scary it must have been for him to pick up the phone to call me that day and tell me what had happened, undoubtably anticipating my immense amount of panic. I can't imagine the feelings he or his

February 24, 2025

wife had that afternoon when the unexpected happened. But what I do remember to this day is how calm Brendan remained when I kept repeating myself on the phone; how reassuring he was that everything was going to be okay as I grappled with an overwhelming sense of terror. I couldn't see what happened that day but I do know, had Brendan not responded so quickly, the ending to the aforementioned scenario could have been drastically different.

    Brendan is a pillar to his family, and it's incredibly difficult to imagine him not being present on a daily basis for his three children and wife, whom he cares so deeply for. He is highly involved in all aspects of his children's lives- a doting father and loving husband, whom I am incredibly honored to call my brother-in-law. It is inconceivable to think that he could potentially miss out on even a moment of their lives, which is why I am writing this letter to petition for probation on my brother-in-law's behalf. Brendan is a friend to all who are lucky enough to know him, and as I mentioned before, there's not a thing he would not do for those he cares for.

    I only ask that you consider Brendan's true character as you weigh your decision on what his future looks like following this case. Consider the fact that he, like any of us, are subject to making decisions that can implicate our futures; but I truly believe that not all situational wrongdoings reflect the true character of those involved. Brendan remains the same dependable, warm, trustworthy person I have known for over a decade. My perception of his character remains unchanged through any allegations made against him, and I only hope that in reading through these letters, you too may be able to see that Brendan is an honorable man, deserving your consideration regarding probation. I thank you for your time and deliberation regarding Brendan's case, it is greatly appreciated.

Very Respectfully,

