# EXHIBIT 9

March 3, 2025

Honorable Judge Sharon Johnson Coleman,

My name is ▊▊▊▊, and I am writing on behalf of my brother-in-law, Brendan, who I have known since I was a teenager. Watching Brendan enter our family and become an integral part of our lives has shown me just how devoted and caring he can be. He has always been the type of person who steps up for others, such as helping my sister with her day-to-day obligations while also being there for his children.

In recent years, Brendan has made mistakes that have brought hardship upon him and his family. Despite the serious nature of these events, I have seen him respond by focusing on personal growth. He has faced judgment from people who only see his wrongdoing, yet he continues to demonstrate genuine remorse and a resolve to turn his life around.

During the most challenging moments, I was impressed by his commitment to his children—he has shown up for them every single day, doing his best to preserve a sense of stability in their lives. The stress and uncertainty has weighed heavily on everyone, but Brendan has remained determined to be a positive example. He found a job that values his skills and work ethic, and that step forward has given him a renewed sense of purpose. It also sends a powerful message to his children about resilience.

I believe that removing Brendan from his family through imprisonment would cause further damage to all of them. His greatest motivation has been to build a secure future for his wife and children, and he has come a long way in facing his mistakes head-on. In my view, giving him the opportunity to continue working, caring for his loved ones, and proving that he has learned from this ordeal would benefit not just Brendan but everyone who depends on him.

I respectfully ask the Court to consider the real progress Brendan has made in re-establishing his life and the impact that any further punishment would have on our entire family. I know he still has much to offer, and I believe a sentence that allows him to remain present for his wife and children is in everyone's best interest.

Thank you for taking the time to read my perspective.

Sincerely,

