# EXHIBIT 10

March 03, 2025

Dear Judge Johnson Coleman,

    I am writing you to attest the character of my brother-in-law, Richard (Brendan) Globensky. I have mulled over the last few days about what specific instance to write to you about on behalf of his character. I have thought about how he helped me navigate through addiction, the advice he has given me regarding my children, my marriage, and various career choices, as well as many other topics over the past seventeen years that I have known him. The fact of the matter is that Brendan has been a monument in my life and I always heed to the advice he offers and immensely respect him. I have never verbally expressed this to him nor does he have any idea that I feel this way, but I'm willing to be vulnerable to a complete stranger in the hopes that you will show mercy on such a wonderful father, brother, uncle, and brother-in-law.

    My testimony is simple; Brendan is a good man who always looks to help others over himself. As the saying goes, he has always been a beacon of light in the storm for me. In fact, my life has been a whirlwind of storms. Brendan helped me navigate through every phase of my life as an adult. He remained neutral and calm when I was struggling with addiction; he was the one person I could talk to when I was going through a custody battle with my ex-fiancé. Brendan has always been steady with his words and his wisdom always brings me back down to Earth by helping me see the silver lining in any given situation.

    It is a rare quality these days to be lucky enough to find someone who is always available to listen, has a kind demeanor, and provides no judgment— even when judgement may be warranted. I know that Brendan has had a large impact in my life, but as I sit here and write out this letter, the one thing I keep circling back to is the father he has been to his children, the incredible husband he has been to my sister, and the wonderful uncle he has been to my three children. I could continue to elaborate on what a great brother-in-law he has been over the years, but I believe that point has been made, and I hope that through reading these letters you can see how impactful his friendship and presence has been in so many people's lives.

March 03, 2025

I want to focus on the fact that he has supported all of his children's endeavors and has lifted my nephew into greatness with baseball which has naturally spilled over into my son as well. The love and laughter I hear when he plays with my two nieces is something I can close my eyes and hear over and over again. Brendan displays the same love to my own children, it is pure and genuine; they love when Uncle B and Auntie ▬ come over to our house to visit. I know my son is always excited to wrestle and play with Brendan just as much as my daughter is excited to be tickled and hugged by Uncle B.

Most men don't often hear that they are an amazing father, a wonderful brother, brother-in-law, or uncle, or just how great they are in general. Most of these words are often said over a casket, which is such a sad reality these days. With that being said I think it is important to focus on the fact that Brendan is such a wonderful father to his three children. Brendan has been a wonderful husband to my beautiful sister. Brendan has been a wonderful uncle to my beautiful children. Simply put, Brendan is just a good man! I can only hope that he may read this as well so he knows how much love, laughter and life he has brought into my circle.

I can only ask that you be lenient to a man that has always given so much of his time, energy, and dedication to others and has honestly never asked for anything in return. I am not one to typically speak on someone's integrity but I know Brendan and I see how much he has fought to turn his life around even under the circumstances of the unknown. Brendan worked hard to earn his CDL license, and when that career pathway didn't work out, he pushed even harder to secure a job with ▬ I think this shows that Brendan deserves to remain a functional member of society. We as a family are all better off with Brendan being in our daily lives, not just out of selfishness, but because of the fact that he brings out the best in all of us and has and will always continue to be that guiding light I mentioned previously.

The truth is, Brendan has so many people that need him and depend on him every single day, both at home and at work. My hope is that this brief letter is enough to show you how wonderful a man Brendan Globensky truly is, and how he inspires so many others to be better versions of themselves. I will forever be grateful that Brendan is a part of my immediate

March 03, 2025

family, and I will always stand shoulder to shoulder with him, for he is a man that I respect and greatly admire. Thank you for your time and judicial expertise as you consider the outcome of Brendan's case.

Very Respectfully,

