# EXHIBIT 11

Honorable Judge Sharon Johnson Coleman,

From the day of his birth, Brendan has been a bright eyed and curious boy always eager to learn. He was never afraid of hard work, knowing work was the means to the end.

Being a bright young man he went through high school with straight A's. He worked in high school and college.

One year, his grandfather had a knee replacement and Brendan volunteered to go to Florida during spring break to help with the rehab and to help with his grandmother who was disabled. I know it was greatly appreciated.

Brendan is married and has three beautiful children. Brendan is a very attentive father. The children would suffer without him.

Throughout his working career, Brendan was always the guy to go to to get things done. He was liked by all. If someone new came to the workplace, Brendan made sure they felt welcomed.

Brendan was also involved in his community. He was the president of the homeowners association, a job most people would not want. But again, he got things done and cared about his community.

As of this writing, Brendan is volunteering to keep score for the middle school baseball game, that's Brendan.

Brendan in his own way has helped countless in different ways through charitable acts, as well as giving a small business person repeat business knowing it will help them survive. He continues to keep an open mind and heart to help others which is a great example to show his three young children, especially in today's world.

Brendan would be of more value home with his family and friends and community than being incarcerated. He will live with this incident fort he rest of his life. I know he is very remorseful and determined to start anew and strive to set the right example for his children.

My name is ████████████ I am Brendan's father.

Respectfully,

████████████