# EXHIBIT 12

3/3/2025

Honorable Judge Sharon Coleman Johnson,

I am ▮▮▮▮ Family Friend and I have had the pleasure of knowing Bendan Globensky and family for 15 + years now as I grew up with his brother-in-law ▮▮▮ ▮▮▮'s brother. The Globensky family is like a second family to me, as I always grew up going to their house for get togethers, parties, and birthdays. I also used to babysit their eldest daughter growing up. Brendan has always been someone that I have looked up to as a mentor and as a role model in life. Brendan has always been helpful to me over the years, being a reference on job applications and life in general.

Brendan is such a generous person with such big heart. I left for the Navy in 2017 and right before I left, my entire family was Evacuated from Savannah during the Hurricane. Brendan went above and beyond by hosting a going-away party in his home, inviting not just me, but my entire family that had to evacuate to share in on the special occasion. Their open door symbolized to me Brendan's unwavering encouragement and kindness during my transition into the Navy. He did this out of the kindness of his heart, and if you know Brendan, this is second nature to him.

I was fortunate to have Brendan guide me in the purchase of my first home in 2022. Brendan's expertise made all the difference, from deciphering real estate jargon and helping me understand financing options. During each step, Brendan provided insight and reassurance, answering my countless questions. He was very informative and helpful with the entire process as going through buying a home for the first time was a very stressful process but thanks to Brendan's guidance, I felt confident in my home buying decision.

Brendan is an amazing person and a great dad. I know during this time it has taking a huge tole on the Globensky family, not knowing what the future might hold. Having to take their kids out of public school because they were being bullied in class due to everything being blasted in the media. Having family and friends turn their back on them when the Globenskys needed them most. The Globensky's have been torn down and Brendan has had to try and rebuild everything for his family. Brendan has got a very reputable job despite everything that has happened to try and provide for his family.

Throughout life, everyone stumbles and makes mistakes but I do not believe someone's mistakes define their entire existence. Brendan has worked earnestly to rebuild his life, demonstrating positive change. Imprisoning Brendon would deny the significant progress that he has made since the event happened and would only tear the family down even more. The family and the kids would not benefit in any way if Brendan went to prison.

Sincerely,

