# EXHIBIT 13

March 3, 2025

Honorable Judge Sharon Johnson Coleman,

I have had the pleasure of getting to know Brendan over the past year and a half, both professionally and personally. Brendan volunteered his time for ███████████████, which I am the owner of, for a short time before his current job with ████ Brendan's work consisted of work orders, coordinating with subcontractors, ordering and distributing materials, inventory control inspections, and overall project management. During his tenure of roughly 8 months, I never had to question his integrity or worry that the quality of work being delivered. Brendan has stellar abilities to supervise teams and motivate those around him.

Brendan has persevered through all that has been thrown at him, held his head high and relentlessly worked daily to recover from his mistakes, both personally and professionally. He was able to secure stable employment with the ████████████████████ near Augusta, GA. ████████ was able to view the entire situation and make an informed decision due to Brendan's honesty, prior work ethic, and many testimonials regarding his skills and abilities to complete the tasks associated with the job at hand.

On a personal level, I have been in a relationship with ████████████████████████ ████████████████████████████ and have also gotten to know Brendan on a personal level. Brendan always puts his family's needs first. He and ████████ have worked together through a horrible situation and had to provide stability for their 3 children, in which they have done admirably. I have seen the financial, emotional and physical anguish this has caused and the utmost remorse that has been displayed over the past year and a half. Brendan has been able to overcome the embarrassment of the local and national news, the emotional toll this has taken on his children, wife, and other family members, all the while, teaching his children valuable life lessons. Brendan, ████████ and the children have already been sentenced "per se" with all they have endured.

Lastly, I would ask for you to heavily consider Brendan's cooperation, clean criminal record outside of this incident, ability to be gainfully employed with a felony conviction, his commitment to his family to rebuild an honorable life and that any jail time at all would be detrimental to he and his family's wellbeing.

Thank you for your admirable service, time and consideration.

████████████████████