# EXHIBIT 14



March 4, 2025

Re: Richard "Brendan" Globensky

To The Honorable Judge Sharon Johnson Coleman,

    I, ▓▓▓▓▓▓, am writing this letter to you to provide a character reference about Mr. Richard Brendan Globensky. I have known Brendan as a good friend for ten years. I write this reference in full knowledge of his charges. I was both troubled and surprised to hear about his case as he has always been a rather solid person with astonishing character. It is for this reason that I am happy to write a letter of reference. I understand the seriousness of this matter, however, hope the court will show some leniency.

    In the ten years that I have known Mr. Globensky, five of those years were spent nannying his three children. He entrusted me with the responsibility of his children. Because of this, I have spent many days and nights interacting with the Globensky family. I have seen firsthand the type of husband, father, son, brother, uncle and friend that Brendan is. He would do anything for his family and his friends. Brendan has always been an upright character in the neighborhood. In our friendship, he and his wife, ▓▓▓▓ have always been there for me. He would give the shirt off his back to anyone in need. Brendan always shows up. No matter what, he is always there for any and all things of importance in his family and friend's lives. In the past 2 years I have moved and I also had my first baby. During these life changes, Brendan made sure to visit my baby after she was born and recently, drove down to attend her first birthday. He always shows up no matter what. With all of the outstanding characteristics Brendan has, loyalty to his loved ones stands out the most.

    In addition to our friendship, he is usually an upstanding member of the community. It is unfortunate that he has made some bad decisions, thus resulting in this case. While I was surprised to hear of his misconduct, I believe that Brendan is ready to accept responsibility of his actions. I believe as we move forward, he will emerge an even better person than he already is. In my opinion, Brendan feels a deep sense of remorse and I believe in his ability to pay his debt to society. It is my sincere hope the

court takes this letter into consideration at the time of sentencing. Despite the current case, I know Richard Brendan Globensky to be an honorable individual, a valued member of the community, and a phenomenal human being.

Sincerely yours,

█████